**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sanam Dhami,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06316-PHX-SHD

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondents oppose immediate release. However, Respondents agree that Petitioner is entitled to a bond hearing in light of the decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026)." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing. The Court further declines Petitioner's request for immediate release and that the government be required to bear the burden of persuasion at any bond hearing. *See Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1210-12 (9th Cir. 2022).

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 10th day of September, 2026.

Honorable Sharad H. Desai
United States District Judge